# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Honorable Peter G. Sheridan, U.S.D.J. |
| | : | |
| v. | : | Criminal No. 07-00711-001 |
| | : | |
| Samuel Bethea, | : | |
| | : | |
| Defendant | : | |

THIS MATTER, having been brought to the Court by the U.S. Probation Office for an Order postponing Mr. Bethea's surrender date due to designation delays within the Bureau of Prisons; and for good cause shown;

IT IS on this _____ day of ~~March~~ April 2008;

ORDERED that Samuel Bethea's surrender date be, and hereby is, postponed from April 2, 2008 to May 5, 2008, at 12:00 noon, to allow the Bureau of Prisons additional time to designate the facility for service of the sentence imposed by this Court;

ORDERED that a copy of this Order be served upon all parties immediately.

_____
Honorable Peter G. Sheridan, U.S.D.J.