PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: BETHEA, Samuel                   Cr.: Cr. 07-00711-001
                                                   PACTS Number: 47673

Name of Sentencing Judicial Officer: Peter G. Sheridan

Date of Original Sentence: 02/29/08

Original Offense: Conspiracy to Bribe a Public Official

Original Sentence: 12 months & 1 day Imprisonment; 3 years Supevised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/24/08

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 5 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE

The offender was originally ordered to serve four (4) months in prison and five (5) months in a halfway house, however, he completed seven (7) months in prison. He was referred to halfway house subsequent to release, however, the probation office for the Middle District of North Carolina advised their halfway houses are backed up and they were recently given a placement date of June 9, 2009. Due to the offender's positive adjustment under supervision, we are recommending the offender be allowed to reside at home under home confinement in order to care for his fiancé who is pregnant, and his newborn child once she gives birth in October 2009.

PROB 12B - Page 2
BETHEA, Samuel

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 04/30/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/26/09
_____
Date